**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
URI LICHTER, on behalf of plaintiff and a
Class, Plaintiff,

                    Plaintiff,

-against-

SOUTHWEST CREDIT SYSTEMS, L.P. and
TRIGON INVESTORS, LLC,
                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/28/2019

19 **CIVIL** 457 (JMF)

**RULE 68 JUGMENT**

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Southwest Credit Systems, L.P. ("SWC") having offered to allow Plaintiff Uri Lichter to take a judgment against it in favor of Plaintiff as follows: Judgment shall; be entered against SWC in the amount of One Thousand and One Dollars ($1,001.00), plus reasonable attorneys' fees, and taxable costs incurred in this action prior to expiration of this offer, such fees and costs to be determined by agreement of the parties and, if the parties cannot agree, by the Court upon motion of the Plaintiff; the judgment entered in accordance with this Order of Judgment is to be in total settlement of any and all claims by Plaintiff against SWC; this Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that SWC is liable in this action, or that Plaintiff has suffered any damages; on June 27, 209, Plaintiff having confirmed acceptance of Defendant Southwest Credit System ("SWC") offer of judgment, and the matter having come before the Honorable Jesse M. Furman, United States District Judge, and the Court, on June 28, 2019, having rendered its Order directing the Clerk of Court to enter judgment against SWC consistent with the accepted offer of judgment, it is,

**ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated June 28, 2019, Plaintiff Uri Lichter has judgment in the amount of $1,001.00 as against the Defendant Southwest Credit Systems, L.P.

**Dated:** New York, New York

June 28, 2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 6/28/2019