IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

URI LICHTER,
on behalf of plaintiff and a class,

        Plaintiff,

vs.

SOUTHWEST CREDIT SYSTEMS, L.P.;
and TRIGON INVESTORS, LLC,

        Defendants.

------------------------------------------------------x

Case No. 1:19-cv-00457-JMF

**ORDER OF DISMISSAL**

      This matter is before the Court on Plaintiff Uri Lichter's motion to voluntarily dismiss Defendant Trigon Investors, LLC ("Trigon").

      Plaintiff's individual claim against Trigon is dismissed with prejudice, with each party to bear its own costs.

      Plaintiff's class claim against Trigon is dismissed without prejudice, with each party to bear its own costs.

      All future court dates and all set briefing schedules are vacated, with the exception of those set by this Court's June 28, 2019 order regarding any motion for attorney's fees that may be filed in connection with the settlement between Plaintiff and Defendant Southwest Credit Systems, L.P. *[Dkt. 38]*

SO ORDERED on ____July 3, 2019____

All conferences are canceled; all motions are moot. The Clerk of Court is directed to close the case.