# LAW OFFICES
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S Clark Street, Suite 1500
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

August 22, 2019

**By ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

> Re: *Lichter v. Southwest Credit Systems, L.P., and Trigon Investors, LLC*
> *Case No.: 1:19-cv-00457-JMF*

To the Honorable Jesse M. Furman,

Plaintiff Uri Lichter, by and through his counsel, and with the consent of Defendant, submits this letter informing the Court that the parties have reached a resolution to this dispute and are currently working on documenting the agreement. Plaintiff's reply in support to Plaintiff's motion for attorney's fees is currently due on August 22, 2019. Counsel asks the Court to strike this deadline while both parties draft a suitable agreement.

Sincerely,

*/s/Dulijaza Clark*
Dulijaza (Julie) Clark

| | |
|---|---|
| Dulijaza (Julie) Clark (admitted *pro hac vice*) | Daniel C. Cohen |
| Tiffany N. Hardy | Edward Kroub |
| EDELMAN, COMBS, LATTURNER | |
| & GOODWIN, LLC | COHEN & MIZRAHI LLP |
| 20 S. Clark Street, Suite 1500 | 300 Cadman Plaza West, 12th floor |
| Chicago, Illinois 60603 | Brooklyn, NY 11201 |
| (312) 739-4200 | (929) 575-4175 |
| Email for service: courtecl@edcombs.com | (929) 575-4195 (FAX) |
| | Email for service: dan@cml.legal |

1

## **CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, hereby certify that on August 22, 2019, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to all attorneys of record.

                 *s/Dulijaza Clark*
                 Dulijaza (Julie) Clark

Dulijaza (Julie) Clark (admitted *pro hac vice*)
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
Email for service: courtecl@edcombs.com

2